| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 03, 2017
David J. Bradley, Clerk

Janos Farkas, §
§
    Plaintiff, §
§
versus §    Civil Action H-16-3720
§
Ocwen Loan Servicing, LLC, et al., §
§
    Defendants. §

## Partial Dismissal

1. Janos Farkas pleads nothing to suggest that he has been injured by Power Default Services, Inc., or its presumed attempts to notify him of the properties' substitute trustee sales.

2. Because Farkas's claims against Power Default Services are entirely derivative of his claims against Ocwen and Deutsche Bank, they are dismissed with prejudice.

Signed on July 3, 2017, at Houston, Texas.

                                 Lynn N. Hughes
                          United States District Judge