| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas

**ENTERED**
July 03, 2017
David J. Bradley, Clerk

Janos Farkas, §
§
　　　　Plaintiff, §
§
versus §　　Civil Action H-16-3720
§
Ocwen Loan Servicing, LLC, et al., §
§
　　　　Defendants. §

# Final Judgment

Janos Farkas takes nothing from Ocwen Loan Servicing, LLC, Deutsche Bank Trust Company Americas as trustee, for Residential Accredit Loans, Inc., mortgage asset-backed pass-through certificates, series 2006-QS9, and Power Default Services, Inc.

Signed on July 3, 2017, at Houston, Texas.

　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge